UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO DOMINGUEZ-GARRIDO,<br><br>Defendant. | Case No.: 19CR3217-GPC<br><br>ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice as to Defendant FERNANDO DOMINGUEZ-GARRIDO.

IT IS SO ORDERED.

Dated: January 27, 2020

Hon. Gonzalo P. Curiel
United States District Judge